UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KYLE SULLIVAN and JEANNE SLOAN,
individually and on behalf of all others
similarly situated,

    Plaintiffs,

v.

    Case No. 1:16-cv-960

    HON. JANET T. NEFF

WENNER MEDIA LLC,

    Defendant.
_____/

## ORDER

This matter is before the Court on the parties' Supplemental Joint Notice (ECF No. 54). According to the notice, the parties have reached a resolution of this case. They request until November 10, 2017 to file their motion for preliminary approval and all supporting documents, and that a preliminary approval hearing be set on a date and time determined by the Court. The Court having reviewed the above filing:

**IT IS HEREBY ORDERED** that the parties shall, not later than November 13, 2017,[1] file their motion for preliminary approval and all supporting documents. The Court will notice a hearing after the motion is filed.

Dated: October 11, 2017                  /s/ Janet T. Neff
                                                        JANET T. NEFF
                                                        United States District Judge

---

[1] The Court is closed on November 10, 2017.