UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KYLE SULLIVAN, et al.,

       Plaintiffs,                        Case No. 1:16–cv–00960–JTN–ESC

v.                                      Hon. Janet T. Neff

WENNER MEDIA LLC,

       Defendant.
_____/

## ORDER

      Following a hearing on May 22, 2018, for the reasons stated on the record: The Motion for Final Approval of Class Action Settlement [61] is GRANTED; the Motion for Attorney Fees, Expenses and Incentive Awards [60] is GRANTED. The proposed Settlement Order and Final Judgment [61–4] approving the class action settlement will be entered accordingly.

      IT IS SO ORDERED.

Dated:  May 22, 2018                             /s/ Janet T. Neff
                                                      JANET T. NEFF
                                                      United States District Judge