# Exhibit A

**From:**        Magazine Subscription Settlement <info@magazinesubscriptionsettlement.com>
**Sent:**        Thursday, September 20, 2018 12:00 PM
**To:**
**Subject:**     Your Settlement Award in the Magazine Subscription Settlement

Magazine Subscription Settlement
P.O. Box 91345
Seattle, WA 98111

September 20, 2018

Dear Class Member:

This email represents your settlement award as an Eligible Claimant pursuant to the terms of the Agreement reached in the *Kyle Sullivan and Jeanne Sloan v. Wenner Media LLC*, No. 1:16-CV-00960 (W.D. Mich.) class action lawsuit. The subscription voucher below is redeemable for a one-year subscription to *Rolling Stone*. The voucher represents your right to relief under the Agreement and must be redeemed on or before its printed void date. The determination of the relief type and amount is final and not subject to challenge by you.

Regards,

Magazine Subscription Settlement Administrator

---

**Magazine Subscription Settlement Voucher 6F5E4D3C2B1A**
List ID:

Name: _____

Address: _____

City: _____   State: _____

Zip: _____  Email: _____

To claim your one-year *Rolling Stone* subscription, complete this form and mail to: Magazine Subscription Settlement, P.O. Box 91345, Seattle, WA 98111.

This voucher is transferrable, but only one voucher may be redeemed by any one person. May not be combined with any other voucher or offer. Void after March 20, 2019.

Unfulfilled issues of *Rolling Stone* subscriptions claimed through this voucher may be replaced with a cash equivalent equal to $1.00 per unfulfilled issue, not to exceed $10.00 per subscription.

---

To unsubscribe from this list, please click on the following link: Unsubscribe

**From:** Magazine Subscription Settlement <info@magazinesubscriptionsettlement.com>
**Sent:** Thursday, September 20, 2018 12:00 PM
**To:**
**Subject:** Your Settlement Award in the Magazine Subscription Settlement

Magazine Subscription Settlement
P.O. Box 91345
Seattle, WA 98111

September 20, 2018

Dear Class Member:

This email represents your settlement award as an Eligible Claimant pursuant to the terms of the Agreement reached in the *Kyle Sullivan and Jeanne Sloan v. Wenner Media LLC*, No. 1:16-CV-00960 (W.D. Mich.) class action lawsuit. The subscription voucher below is redeemable for a six-month subscription to *Rolling Stone*. The voucher represents your right to relief under the Agreement and must be redeemed on or before its printed void date. The determination of the relief type and amount is final and not subject to challenge by you.

Regards,

Magazine Subscription Settlement Administrator

---

**Magazine Subscription Settlement Voucher 1A2B3C4D5E6F**
List ID:

Name: _____

Address: _____

City: _____  State: _____

Zip: _____  Email: _____

To claim your six-month *Rolling Stone* subscription, complete this form and mail to: Magazine Subscription Settlement, P.O. Box 91345, Seattle, WA 98111.

This voucher is transferrable, but only one voucher may be redeemed by any one person. May not be combined with any other voucher or offer. Void after March 20, 2019.

Unfulfilled issues of *Rolling Stone* subscriptions claimed through this voucher may be replaced with a cash equivalent equal to $1.00 per unfulfilled issue, not to exceed $10.00 per subscription.

---

To unsubscribe from this list, please click on the following link: Unsubscribe

Magazine Subscription Settlement
PO Box 91345
Seattle, WA 98111

List ID:

This postcard represents your settlement award as an Eligible Claimant pursuant to the terms of the Agreement reached in the *Kyle Sullivan and Jeanne Sloan v. Wenner Media LLC*, No. 1:16-CV-00960 (W.D. Mich.) class action lawsuit. The subscription voucher below is redeemable for a one-year subscription to *Rolling Stone*. The voucher represents your right to relief under the Agreement and must be redeemed on or before its printed void date. The determination of the relief type and amount is final and not subject to challenge by you.

**Magazine Subscription Settlement Voucher 1A2B3C4D5E6F**

Name: _____

Address: _____

City: _____ State: _____

Zip: _____ Email: _____

To claim your one-year *Rolling Stone* subscription, complete this form and mail to: Magazine Subscription Settlement, P.O. Box 91345, Seattle, WA 98111.

This voucher is transferrable, but only one voucher may be redeemed by any one person. May not be combined with any other voucher or offer. Void after March 20, 2019.

Unfulfilled issues of *Rolling Stone* subscriptions claimed through this voucher may be replaced with a cash equivalent equal to $1.00 per unfulfilled issue, not to exceed $10.00 per subscription.

Magazine Subscription Settlement
PO Box 91345
Seattle, WA 98111

List ID:

This postcard represents your settlement award as an Eligible Claimant pursuant to the terms of the Agreement reached in the *Kyle Sullivan and Jeanne Sloan v. Wenner Media LLC*, No. 1:16-CV-00960 (W.D. Mich.) class action lawsuit. The subscription voucher below is redeemable for a six-month subscription to *Rolling Stone*. The voucher represents your right to relief under the Agreement and must be redeemed on or before its printed void date. The determination of the relief type and amount is final and not subject to challenge by you.

**Magazine Subscription Settlement Voucher 6F5E4D3C2B1A**

Name: _____

Address: _____

City: _____ State: _____

Zip: _____ Email: _____

To claim your six-month *Rolling Stone* subscription, complete this form and mail to: Magazine Subscription Settlement, P.O. Box 91345, Seattle, WA 98111.

This voucher is transferrable, but only one voucher may be redeemed by any one person. May not be combined with any other voucher or offer. Void after March 20, 2019.

Unfulfilled issues of *Rolling Stone* subscriptions claimed through this voucher may be replaced with a cash equivalent equal to $1.00 per unfulfilled issue, not to exceed $10.00 per subscription.