# Exhibit B

| | |
|---|---|
| **From:** | Magazine Subscription Settlement <info@magazinesubscriptionsettlement.com> |
| **Sent:** | Thursday, September 20, 2018 12:01 PM |
| **To:** | |
| **Subject:** | Subject: Notice of Ineligibility - Sullivan and Sloan v. Wenner Media LLC |

Magazine Subscription Settlement
P.O. Box 91345
Seattle, WA 98111

List ID:

September 20, 2018

Dear CLAIMANT:

The Settlement Administrator has reviewed the claim you submitted in the above matter and has disallowed the claim due to the following reason(s):

- We were unable to confirm that you are a class member.

The determination of disallowance is final and not subject to challenge by you.

Regards,

Magazine Subscription Settlement Administrator

To unsubscribe from this list, please click on the following link: Unsubscribe

| | |
|---|---|
| **From:** | Magazine Subscription Settlement <info@magazinesubscriptionsettlement.com> |
| **Sent:** | Thursday, September 20, 2018 12:01 PM |
| **To:** | |
| **Subject:** | Subject: Notice of Ineligibility - Sullivan and Sloan v. Wenner Media LLC |

Magazine Subscription Settlement
P.O. Box 91345
Seattle, WA 98111

List ID:

September 20, 2018

Dear CLAIMANT:

The Settlement Administrator has reviewed the claim you submitted in the above matter and has disallowed the claim due to the following reason(s):

- You submitted a claim indicating that you obtained your subscription directly from Wenner Media, LLC, however, the records indicate that you are not a direct subscriber.

The determination of disallowance is final and not subject to challenge by you.

Regards,

Magazine Subscription Settlement Administrator

To unsubscribe from this list, please click on the following link: Unsubscribe

| | |
|---|---|
| **From:** | Magazine Subscription Settlement <info@magazinesubscriptionsettlement.com> |
| **Sent:** | Thursday, September 20, 2018 12:01 PM |
| **To:** | |
| **Subject:** | Subject: Notice of Ineligibility - Sullivan and Sloan v. Wenner Media LLC |

Magazine Subscription Settlement
P.O. Box 91345
Seattle, WA 98111

List ID:

September 20, 2018

Dear CLAIMANT:

The Settlement Administrator has reviewed the claim you submitted in the above matter and has disallowed the claim due to the following reason(s):

- Your Claim Form was incomplete.

The determination of disallowance is final and not subject to challenge by you.

Regards,

Magazine Subscription Settlement Administrator

To unsubscribe from this list, please click on the following link: <u>Unsubscribe</u>

1

| | |
|---|---|
| **From:** | Magazine Subscription Settlement <info@magazinesubscriptionsettlement.com> |
| **Sent:** | Thursday, September 20, 2018 12:01 PM |
| **To:** | |
| **Subject:** | Subject: Notice of Ineligibility - Sullivan and Sloan v. Wenner Media LLC |

Magazine Subscription Settlement
P.O. Box 91345
Seattle, WA 98111

List ID:

September 20, 2018

Dear CLAIMANT:

The Settlement Administrator has reviewed the claim you submitted in the above matter and has disallowed the claim due to the following reason(s):

- Your Claim Form was submitted after the claim submission deadline had passed.

The determination of disallowance is final and not subject to challenge by you.

Regards,

Magazine Subscription Settlement Administrator

To unsubscribe from this list, please click on the following link: Unsubscribe

# Magazine Subscription Settlement
c/o JND Class Action Administration
PO Box 91345
Seattle, WA 98111

---

September 28, 2018     Filing ID:

**Re: Notice of Ineligibility -** *Sullivan and Sloan v. Wenner Media LLC*

Dear CLAIMANT:

The Settlement Administrator has reviewed the claim you submitted in the above matter and has disallowed the claim due to the following reason(s):

- We were unable to confirm that you are a class member.

- Your Claim Form was submitted after the claim submission deadline had passed.

- Your Claim Form was incomplete.

- You submitted a claim indicating that you obtained your subscription directly from Wenner Media, LLC, however, the records indicate that you are not a direct subscriber.

The determination of disallowance is final and not subject to challenge by you.

Regards,


Magazine Subscription Settlement Administrator